**Christopher KLUDING, Appellant,**

v.

**Marvin D. MORRISON, Warden; G. Jackson, Correctional Officer; Doe, one unknown named Lieutenant of Operations; Ward Lieutenant; Captain M.D. Smith; D. Jackson, Correctional Counselor; Gary Bryant, Unit Manager; A. Wilburn, Case Manager; J.C. Jenkins, D.H.O.; D. Vansandt, E.M.T.; Dr. Weaver; J. Prince, C.D.; Paul Celestin, H.S.A.; Ronald G. Thompson, Regional Director; P. Zanarilla, Paralegal; Harrell Watts, Administrator; United States Bureau of Prisons, Appellees.**

No. 02–1769.

United States Court of Appeals,
Eighth Circuit.

Submitted June 24, 2002.

Filed July 1, 2002.

Before WOLLMAN, FAGG, and
MORRIS SHEPPARD ARNOLD, Circuit
Judges.

PER CURIAM.

Federal inmate Christopher Kluding appeals the district court's pre-service dismissal of his civil action for failure to state a claim. Having carefully reviewed the record, we conclude dismissal was proper.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

Accordingly, we affirm. *See* 8th Cir. R. 47B.